UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

FILED
2005 JAN 13 A 10: 47
U.S. DISTRICT COURT
HARTFORD, CT.

---------------------------------x
In re:                            :
                                  :
PUBLISHERS CONSORTIUM, INC.       :
         Debtor                   :
---------------------------------x
COMMON COURAGE PRESS, ET AL.      :
         Plaintiffs/Appellants,   :     CIVIL NO.   3:03-CV-00023 (AVC)
V.                                :
                                  :
PUBLISHERS CONSORTIUM, INC.,      :
ET AL.                            :
         Defendants/Appellees     :     January 11, 2005
---------------------------------x

### NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(1), notice is hereby given that Bank One, N.A., as successor-in-interest by merger with American National Bank & Trust Company of Chicago (Defendant/Appellee) in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on December 16, 2004. A copy of the Judgment is attached hereto.

Dated: New Haven, Connecticut
       January 11, 2005

                                BANK ONE, N.A., as successor-in-interest by merger with AMERICAN NATIONAL BANK & TRUST COMPANY OF CHICAGO

                                By: *[signature]*
                                  Douglas S. Skalka (CT 00616)
                                  James A. Lenes (CT 10408)
                                  Neubert, Pepe & Monteith, P.C.
                                  195 Church Street, 13th Floor
                                  New Haven, CT 06510
                                  Telephone No.: (203) 821-2000
                                  Facsimile No.: (203) 821-2009

*Of Counsel*:

Kenneth M. Lodge
Thomas J. Cunningham
Lord Bissell & Brook
115 South LaSalle Street
Chicago, Illinois 60603
Telephone No.: (312) 443-1731
Facsimile No.: (312) 896-6731

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED 2004 DEC 16 P 12:26
U.S. DISTRICT COURT
HARTFORD, CT.

IN RE:

PUBLISHERS CONSORTIUM, INC.,
Debtor

AMERICAN NATIONAL BANK &
TRUST COMPANY OF CHICAGO,
Plaintiff/Appellee

v.

COMMON COURAGE PRESS, INC.,
NATIONAL JOURNAL, ARSENAL
PULP PRESS, BLACK BOOKS, CHILD
MANAGEMENT, INC., COMIC ONE
CORPORATION, DARK HORSE
COMICS, INC., IMAGE COMICS, INC.,
ODONIAN PRESS/GOLDSTEIN & BLAIR,
LLC, TERRACE PUBLISHING, And
McBOOKS, INC.
Defendants/Appellants

CIVIL NO. 3:03CV00002(AVC)
3:03CV00003(AVC)
3:03CV00020(AVC)
3:03CV00021(AVC)
3:03CV00023(AVC)
3:03CV00024(AVC)

BKR. No. 02-31588(ASD)

Adv.Proc. 02-03048

## JUDGMENT

This action having come before the Honorable Alfred V. Covello, United States District Judge, on an appeal of a November 27, 2002 judgment of the United States Bankruptcy Court, and

The court having considered the full record of this case and the applicable principles of law, on December 9, 2004 filed its Memorandum and Order Vacating Judgment of Bankruptcy Court, reversing the order of the bankruptcy court confirming the debtor, Publishers Consortium Inc.'s plan of reorganization under Chapter 11 of the United States Bankruptcy Code; and further

Vacating the judgment in favor of American National Bank and Trust Company of Chicago in adversary proceeding no. 02-03048 and remanding the case to the bankruptcy court for further proceedings; it is hereby

ORDERED, ADJUDGED and DECREED, that judgment be and is hereby entered reversing the order of the bankruptcy court confirming the debtor, Publishers Consortium Inc.'s plan of reorganization under Chapter 11 of the United States Bankruptcy Code; and further

ORDERED, ADJUDGED and DECREED, that judgment be and is hereby entered vacating the judgment in favor of American National Bank and Trust Company of Chicago in adversary proceeding no. 02-03048 and remanding the case to the bankruptcy court for further proceedings.

Dated at Hartford, Connecticut this 16th day of December, 2004.

KEVIN F. ROWE, Clerk

By: _____
Jo-Ann Walker
Deputy Clerk

EOD: 12/17/04