FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

2005 JAN 18  P 3: 51

U.S. DISTRICT COURT
HARTFORD, CT.

| IN RE: | |
|---|---|
| PUBLISHERS CONSORTIUM, INC., | CIVIL NO.   03-CV-00002 (ACV) |
| Debtor | 03-CV-00003 (ACV) |
| | 03-CV-00020 (ACV) |
| AMERICAN NATIONAL BANK & TRUST COMPANY OF CHICAGO, | 03-CV-00023 (ACV) |
| Plaintiff/Appellee | 03-CV-00024 (ACV) |
| v. | |
| COMMON COURAGE PRESS, INC., et al., | |
| Defendants/Appellants | |

## APPEARANCE

Please enter the appearance of the undersigned on behalf of the Official Committee of Unsecured Creditors of Publishers Consortium, Inc.

Dated: January 18, 2005

_____
Eric Henzy
Federal Bar No. ct12849
Reid and Riege, P.C.
One State Street
Hartford, CT 06103-3185
(860) 278-1150
Fax (860) 240-1002
ehenzy@reidandriege.com

-1-

16794.000/378350.1