UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

------------------------------------x
In re:                              :
                                    :
    PUBLISHERS CONSORTIUM, INC.    :
                Debtor          :
------------------------------------x
COMMON COURAGE PRESS, ET AL.        :
        Plaintiffs/Appellants,      :   CIVIL NO.   3:03-CV-00023 (AVC)
V.                                  :
                                    :
PUBLISHERS CONSORTIUM, INC.,        :
ET AL.                              :
        Defendants/Appellees        :   USCA:
------------------------------------x

## INDEX TO THE RECORD ON APPEAL

| Date Filed | Court Doc. No. | Document Name | Document No. |
|---|---|---|---|
| 01/06/2003 | 3 | Appellant's Designation of Items in Record on Appeal | 1 |
| 01/06/2003 | 4 | Joint Designation of Additional Items to be included in record on Appeal | 2 |
| 02/24/2003 | 6 | Appellant's Brief | 3 |
| 04/04/2003 | 11 | Appellee's Brief filed by Publishers Consortium, American National Bank, and Creditors Committee | 4 |
| 04/04/2003 | 12 | Appellee's Brief filed by Client Distribution Services, Inc. | 5 |
| 04/21/2003 | 13 | Appellant's Reply Brief | 6 |
| 12/09/2004 | 14 | Order | 7 |
| 12/16/2004 | 15 | Judgment | 8 |
| 01/13/2005 | 17 | Notice of Appeal | 9 |