**MANDATE**

District of CT
(New Haven)
03-cv-23

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

In re Publishers Consortium, Inc.          05-318-bk (L); 05-0398-bk(XAP)
                                            05-0070-bk (CON);
                                            05-0397-bk (CON);
                                            05-0409-bk (CON);
                                            05-0513-bk (CON);
                                            05-0515-bk (CON);
                                            05-0520-bk (CON);
                                            05-1816-bk (CON)

FILED JUL 8 2005
UNITED STATES COURT OF APPEALS SECOND CIRCUIT

3:03CV23

Whereas, the above-referenced appeals appear to be premature because claims are still pending in the bankruptcy court and/or district court, the undersigned counsel hereby stipulate that the above-referenced appeals are hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

This stipulation is without prejudice to the filing of timely, new notices of appeal from the entry of final judgment, or any other appealable order, entered by the district court.

The parties further stipulate that if this Court decides that the above-referenced appeals should have been taken at this time because the judgment or order that is the basis for the present appeals is in fact final and appealable and that a later appeal on the present issue is therefore untimely, the appellant may reinstate this appeal solely for this

CERTIFIED
OCT - 3 2006

reason by written notice to the Clerk of this Court within 30 days after this Court so decides, but not later than January 9th, 2006.

Date: 6/15/05

BANK ONE, N.A., as successor-in-interest by merger with AMERICAN NATIONAL BANK AND TRUST COMPANY OF CHICAGO

By: _____
Douglas S. Skalka (ct 00616)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510-2026
(203) 821-2000
Fax (203) 821-2009

Date: _____

PUBLISHERS CONSORTIUM, INC.

By: _____
Louis W. Testa
Zeisler & Zeisler, P.C.
P.O. Box 3186
558 Clinton Avenue
Bridgeport, CT 06605-0186
(203) 368-4234
Fax (203) 367-9678

Date: _____

McBOOKS PRESS, INC.

By: _____
Edward Y. Crossmore
115 W. Green Street
Ithaca, NY 14850
(607) 273-5787
Fax (607) 273-0291

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Frank J. Scardilli, Staff Counsel 7/8/05

7/8/05

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
DEPUTY CLERK

2

reason by written notice to the Clerk of this Court within 30 days after this Court so decides.

Date:                                              BANK ONE, N.A., as successor-in-interest
                                                   by merger with AMERICAN NATIONAL
                                                   BANK AND TRUST COMPANY OF
                                                   CHICAGO

                                                   By: _____
                                                   Douglas S. Skalka (ct 00616)
                                                   Neubert, Pepe & Monteith, P.C.
                                                   195 Church Street, 13th Floor
                                                   New Haven, CT 06510-2026
                                                   (203) 821-2000
                                                   Fax (203) 821-2009


Date: June 6, 2005                                 PUBLISHERS CONSORTIUM, INC.

                                                   By: _____
                                                   Susie V. Tunny
                                                   Zeisler & Zeisler, P.C.
                                                   P.O. Box 5186
                                                   558 Clinton Avenue
                                                   Bridgeport, CT 06605-0186
                                                   (203) 368-4234
                                                   Fax (203) 367-9678


Date:                                              McBOOKS PRESS, INC.

                                                   By: _____
                                                   Edward Y. Crossmore
                                                   115 W. Green Street
                                                   Ithaca, NY 14850
                                                   (607) 273-5787
                                                   Fax (607) 273-0291

2

reason by written notice to the Clerk of this Court within 10 days after this Court so decides.

Date:                              BANK ONE, N.A., as successor-in-interest
                                   by merger with AMERICAN NATIONAL
                                   BANK AND TRUST COMPANY OF
                                   CHICAGO

                                   By: _____
                                   Douglas S. Skalka (ct 00616)
                                   Neubert Pepe & Monteith, P.C.
                                   195 Church Street, 13th Floor
                                   New Haven, CT 06510-2026
                                   (203) 821-2000
                                   Fax (203) 821-2009

Date:                              PUBLISHERS CONSORTIUM, INC.

                                   By: _____
                                   Louis W. Flynn
                                   Zeisler & Zeisler, P.C.
                                   P.O. Box 5108
                                   558 Clinton Avenue
                                   Bridgeport, CT 06605-0186
                                   (203) 368-4234
                                   Fax (203) 367-9678

Date: Jun 2, 2005                  McBOOKS PRESS, INC.

                                   By: _____
                                   Richard T. Dinsmore
                                   115 W. Green Street
                                   Ithaca, NY 14850
                                   (607) 273-5757
                                   Fax (607) 273-0291

2